IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **11-cr-265-JLK**

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**MICHAEL BILOTTA,**

    Defendant.

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

Judge John L. Kane **ORDERS**

  This matter is before the court on Defendant's Notice of Disposition (doc. #13), filed September 13, 2011. It is

  **ORDERED** that a **Change of Plea Hearing** is set for **September 27, 2011 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. Counsel shall submit copies of the "Statement in Advance of Change of Plea" and "Plea Agreement" to Judge Kane's Chambers and to the Probation Department no later than noon on September 23, 2011. The original and one copy of these documents should be delivered to the courtroom deputy at the time of the hearing. The Status Conference set for September 27, 2011 is vacated and that date is now scheduled only for the Change of Plea Hearing.

---

Dated: September 13, 2011