**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE**

Courtroom Deputy: Bernique Abiakam           Date:  February 2, 2012
Court Reporter: Tamara Hoffschildt
Probation Officer: Robert Ford

Criminal Action No.: 11-cr-00265-JLK

*Parties:*                                                             *Counsel:*

UNITED STATES OF AMERICA,                          Judith A. Smith

    Plaintiff,

v.

MICHAEL BILOTTA,                                           Lisa M. Wayne

    Defendant.

---

**SENTENCING MINUTES**

---

**1:38 a.m.**     Court in session.

Court calls case.  Counsel present.  Defendant present on bond.

**Change of Plea Hearing: October 31, 2011.**

**Defendant plead guilty to Count Four of the Information.**

Parties received and reviewed the presentence report.

Statements made by witnesses for the Defendant.

1:41 p.m.     Statement by Scott Dolginow.

1:42 p.m.     Statement by Carlton Williams.

1:45 p.m.     Statement by Rhonda Roberts.

*11-cr-00265-JLK*
*Sentencing*
*February 2, 2012*

1:48 p.m.    Statement by Ronald Winstanley.

1:51 p.m.    Statement by Anthony Bilotta.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:** Defendant Bilotta's Objections To The Presentence Report And Request For The Court To Impose The Parties Agreed Upon 100 Month Sentence And Variance From The Guidelines (Filed 1/19/12; Doc. No. 29) is GRANTED.

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to **Count Four** to a term of imprisonment of **100 months**.

It is the Court's recommendation that Defendant serves his sentence in the Bureau of Prisons facility located in Butner, North Carolina.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a **period of life**.

**Conditions of supervised release:**
- (X)    Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.
- (X)    Defendant shall not commit another federal, state or local crime.
- (X)    Defendant shall not possess a firearm or destructive device.
- (X)    Defendant shall comply with the standard conditions adopted by the Court.
- (X)    Defendant shall not illegally possess controlled substances.
- (X)    Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter for use of a controlled substance.
- (X)    Defendant shall cooperate in the collection of DNA as directed by the probation officer.

- (X)    The Defendant shall comply with the requirements of the Sex Offender

*11-cr-00265-JLK*
*Sentencing*
*February 2, 2012*

          Registration and Notification Act (42 U.S.C. § 16901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in which he resides, works, is a student, or was convicted of a qualifying offense.

**Special conditions of supervised release:**
- (X) Defendant shall participate in a program of testing and treatment for drug or alcohol abuse as directed by the probation officer until such time as the defendant is released from the program by the probation officer.
- (X) Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by the probation officer
- (X) Defendant shall participate in an approved program of Sex Offender Evaluation and Treatment which may include polygraph, or ABEL examination as directed by the probation officer. The defendant will be required to pay the cost of such evaluations or treatments as directed by the probation officer. The defendant shall comply with the treatment program's rule as specified by the treatment agency.
- (X) The probation officer is authorized to release psychological reports and/or the presentence report to the treating agency for continuity of treatment.
- (X) Defendant's use of computer and internet access devices shall be limited to those the authorized by the probation officer.
- (X) Defendant shall allow the probation officer to install software, hardware designed to monitor computer activities on any computer the Defendant is authorized to use, by the probation officer.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:**  Defendant shall self surrender to the facility designated by the United States Bureau of Prisons within 30 days following the designation.

**2:59 p m.**     **Court in recess.**
Hearing concluded.
Total in-court time: 1 hour, 21 minutes.